IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NICHOLAS DeFOSSETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 5:19-cv-1436-HJB |
| KIYA 111, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**

COMES NOW the Plaintiff, Nicholas DeFossett ("Plaintiff"), by and through the undersigned counsel, and hereby files this Unopposed Motion to Dismiss Complaint with Prejudice.

Respectfully submitted this 28th day of July, 2020.

Respectfully submitted,

**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
www.kurzlawgroup.com
(404) 805-2494 Telephone
(770) 428-5356 Facsimile

By: */s/ Dennis R. Kurz*
Dennis R. Kurz
Texas State Bar No. 24068183
dennis@kurzlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 28th day of July, 2020, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Dennis J. Drouillard, Esq.
LAW OFFICE OF DENNIS DROUILLARD
Petroleum Center
900 Northeast Loop 410
Suite D-207
San Antonio, Texas 78209
*Attorney for Defendant,*
*Kiya 111, Inc.*

                                                        */s/ Dennis R. Kurz*
                                                        Dennis R. Kurz